UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUS E. BAUMGARDNER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SOCIAL SECURITY ADMINISTRATION, et al, ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Case No. 2:14-cv-0211-JCM-NJK <br><br> <u>ORDER</u> <br> (Docket Nos. 1, 2, 4) |

Pending before the Court is Plaintiff Baumgardner's Motion to Extend Time to file an Amended Complaint. Docket No. 4. Plaintiff's Motion is GRANTED. Plaintiff shall have until May 2, 2014, to file an Amended Complaint, if Plaintiff believes he can correct the noted deficiencies outlined in the Court's Order of March 5, 2014. Docket 2.[1]

IT IS SO ORDERED.

DATED: April 2, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court hereby corrects the following language in its Order of March 5, 2014 (Docket 2): The sentence on page 3, lines 22-23, which reads "Accordingly, Plaintiff has stated a claim for initial screening purposes under 28 U.S.C. § 1915" henceforth shall read "Accordingly, Plaintiff has not stated a claim for initial screening purposes under 28 U.S.C. § 1915".